JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE K. HWANG, | Case No. CV 10-2185-OP |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered dismissing the Complaint without prejudice for failure to prosecute.

DATED: June 30, 2011

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge